UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| 1ST SOURCE BANK, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CAUSE NO. 3:07-CV-589 RM |
| ) | |
| RYAN CONTRACTING CO. ) | |
| and THOMAS RYAN, ) | |
| ) | |
| Defendants ) | |

OPINION AND ORDER

This cause is before the court on 1st Source Bank's motion to dismiss the counterclaim or in the alternative for a more definite statement. Defendants Ryan Contracting and Thomas Ryan respond by asking the court for leave to amend their counterclaim to make a more definite statement. 1st Source doesn't object to the defendants' request, but asks the court to order Ryan Contracting to include certain allegations in its amended counterclaim. 1st Source also requests a bar against any potential counterclaims asserted by Mr. Ryan because he raised no allegations of slander or conversion in the original counterclaim. 1st Source provides no authority in support of these requests, so the court DENIES plaintiff's motion to dismiss the counterclaim, but GRANTS plaintiff's alternative motion for a more definite statement [Docket No. 32].

SO ORDERED.

ENTERED:    July 11, 2008

                                       /s/ Robert L. Miller, Jr.
                                       Chief Judge
                                       United States District Court